IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:18-CV-182-JG

| | |
|---|---|
| ANTHONY OXENDINE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DOLLAR TREE STORES, INC., | ) |
| Defendant. | ) |

This case comes before the court on the parties' second renewed joint motion (D.E. 35) to hold in abeyance a ruling on plaintiff's pending motion to remand (D.E. 25) until 13 March 2019. Good cause having been shown, the motion is ALLOWED. The parties are directed to file a notice with the court by 13 March 2019 advising it as to the status of the case, if a dismissal has not been filed by that date.

SO ORDERED, this 6 day of March 2019.

James E. Gates
United States Magistrate Judge